# EXHIBIT 4

LIVINGSTON & ROSELINE EMENYI

Christian Consultants of Texas, LLC
24800 I-45 North Suite 360
Spring, TX 77386
www.cctxrealty.com

## AUTHORIZATION TO FURNISH AND RELEASE INFORMATION

TO: _____

DATE: 11-7-17

Lender: US Bank

Loan Number: 825 0325479

Lender's Phone: 1-855-698-7627 ext. 326907

Lender Contact: Daisy

Contacts Email/Fax: Revemenyi@yahoo.com

I/WE (Borrower's Name) Roseline & Livingston Emenyi

RESIDING AT (Property Address) 249 Westbury Dr.

IN THE CITY OF Coppell, TX 75019, TEXAS.
COUNTY Dallas

I hereby authorize my lender to release information to Rod Kacy, a representative of Christian Consultants of Texas, LLC and/or CCTX representatives to discuss my loan.

I understand that Christian Consultants of Texas is NOT offering legal advice and is NOT providing debt relief.
I understand Christian Consultants of Texas is NOT an attorney and is NOT a debt relief agency.

Borrower's Name: ROSELINE EMENYI
(Signature) _____
Last 4 of SS#: 2693

Borrower's Name: LIVINGSTON EMENYI
(Signature) _____
Last 4 of SS#: 5390

**CONTACT LENDER IMMEDIATELY TO VERIFY AUTHORIZATION OF 3RD PARTY**

PLEASE PROVIDE CCTX REPRESENTATIVE WITH MOST CURRENT STATEMENT

ID 47-3240112