# EXHIBIT 5

# PETITION for EVICTION    Case No. JE 11-02849 A

| | | |
|---|---|---|
| Plaintiff(s)/Landlord(s) (Actual Landlord/Property Name) <br> **A&R TEXAS PROPERTIES LLC** <br> v. <br> List all Defendant(s)/Tenant(s) for which eviction is sought <br> **ROSELINE A/LIVINGSTON EMENYI & ALL OCCUPANTS** | § § § § § § § | In the Justice Court <br> Precinct 3, Place 1 <br> County of Dallas <br> State of Texas |

Monthly Rent $ _____
IF Government Subsidy
Subsidy Amount $ _____
Tenant's Portion $ _____

**COMPLAINT:** Plaintiff (Landlord), being duly sworn on oath, hereby files this written complaint against the above named Defendant(s) for eviction from Plaintiff's premises *(including storerooms and parking areas)*, which is located in Justice of the Peace Precinct 3 of Dallas County. Address of the property is:

**249 WESTBURY DR.** _____ **COPPELL** **TX** **75019**
Street Address / Unit No. (if any) / City / State / Zip

**SERVICE OF CITATION(S):** Plaintiff requests service of citations by personal service at the premises address described above or by alternate service, if necessary. Other Addresses where the Defendant(s) may be served are:

_____
Location Name and Street Address / Unit No. (if any) / City / State / Zip

Plaintiff and Defendant(s) have established a **landlord tenant relationship** by: *(check one)* ☐ a written lease or agreement, ☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default, ☐ *(other)* _____

☐ **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s): _____. **TOTAL DELINQUENT RENT AS OF DATE OF FILING IS:** $ _____

☐ **HOLDOVER AS GROUNDS FOR EVICTION:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal or extension period, which was the _____ day of _____, 20____.

☐ **OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS:** Lease Violations (if other than non-payment of rent – list lease violations) _____

**NOTICE TO VACATE:** Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the **08** day of **NOVEMBER**, 20**17** and delivered ☐ in person to the tenant(s), ☑ in person to an occupant at least sixteen years of age, ☑ by mail, ☐ by affixing to the inside of the main entry door. Thereafter Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to vacate on the **16** day of **NOVEMBER**, 20**17**, thereby committing a forcible detainer.

**ATTORNEY FEES:** Plaintiff ☐ will be or ☐ will *NOT* be seeking applicable attorney's fees. Attorney's name and contact information is: _____
Attorney Name / Street Address / Unit No. (if any) / City / State / Zip / Phone Number / Fax Number / Email Address

☐ **BOND FOR POSSESSION:** If Plaintiff has filed a bond for possession, plaintiff requests (1) that the amount of Plaintiff's bond and Defendant's counter bond be set, (2) that Plaintiff's bond be approved by the Court, and (3) that proper notice as required by the Texas Justice Court Rules are served to the Defendant(s) with the Citation for Eviction.

**REQUEST FOR JUDGMENT:** Plaintiff prays that Defendant(s) be served with citation and the Plaintiff have judgment against Defendant(s) for: possession of premises, including removal of Defendant(s) and Defendant(s) possessions from the premises, applicable unpaid rent, attorney's fees, court costs, and post-judgment interest on the above sums at the highest legal rate.

**AMIN MAWANI**
Printed Name of Petitioner

☐ I give my consent for any filings, pleadings or notices to be sent to my email address which is: _____

X _____
Signature Landlord, Landlord's authorized Agent, or Landlord's Attorney (If Attorney) Bar Card Number _____

**4001 N JOSEY LN UNIT 200**
Address
**CARROLLTON** **TX** **75007**
City / State / Zip
**(214) 228-2455**
Phone Number / Fax Number

SWORN to and SUBSCRIBED before me this _____ day of _____, 20____

(Seal)

**COPY OF SWORN COMPLAINT**
*original on file with the court*

Notary Public *or* Clerk of the Court